AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Charter Communications Entertainment I, LLC d/b/a
Charter Communications

V.

Mark A. Silva

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-40212 FDS

TO: (Name and address of Defendant)
Mark A. Silva
29 Boathouse Road
Groton, MA  01450

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Brown, Esquire
Murtha Cullina LLP
99 High Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                               10-22-04

CLERK                                                          DATE

_Sherry Jones_
(By) DEPUTY CLERK



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

November 4, 2004

I hereby certify and return that on 11/3/2004 at 2:10PM I served a true and attested copy of the SUMMONS AND COMPLAINT in this action in the following manner: To wit, by leaving at the last and usual place of abode of MARK A. SILVA, , 29 BOATHOUSE Road GROTON, MA 01450 and by mailing 1st class to the above address on 11/4/2004. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($4.20), Postage and Handling ($3.00), Travel ($17.08) Total Charges $54.28

_____
Deputy Sheriff

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                          Signature of Server

                                   _____
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

0403637