UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS<br><br>Plaintiff,<br><br>v.<br><br>MARK A SILVA<br><br>Defendant. | CASE ACTION<br>NO. 04-CV-40212 |

### STIPULATION OF DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications and Defendant Mark A. Silva agree to dismiss the Complaint against Defendant Mark A. Silva pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By Its Attorneys,

Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

Date: December __, 2004

MARK A. SILVA
By His Attorneys,

Mark Gromala, Esq., BBO#
Law Offices of Louis M. Saab
Saab Building
175 Central Street
Lowell, MA 01852
(978) 454-8421

Dated December 22, 2004